ments, and motion granted, with ten dollars costs, on the ground that the complaint sets forth no actionable libel. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., Respondent, v. LOUIS HYMAN, Individually, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of this order with notice of entry thereof upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., Respondent, v. LOUIS HYMAN, Individually, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of this order with notice of entry thereof upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE ASSOCIATION OF DRESS MANUFACTURERS, INC., Respondent, v. LOUIS HYMAN, Individually, etc., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

481 EAST 174TH STREET CORPORATION, Appellant, v. WOLF BLUTSTEIN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

PHILIP KOMISAR, Respondent, v. LOUIS HOCHBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

WILLIAM COHEN, Respondent, v. LOUIS HOCHBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

RUTH COHEN, Respondent, v. LOUIS HOCHBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

WILLIAM COHEN, Respondent, v. LOUIS HOCHBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

PHILIP MEYER, Administrator, etc., of JENNIE MEYER, Deceased, Respondent, v. LOUIS HOCHBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

PHILIP KOMISAR, as Administrator, etc., of ANNA KOMISAR, Deceased, Respondent, v. LOUIS HOCHBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

ELIZABETH H. STANTON, Respondent, v. A. B. LEACH & Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JACOB WANG, Respondent, v. HYMAN RESSLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.